The opinion of the Court was delivered by
 

 Haix, Judge:
 

 It appears in this case, that the Plaintiff covenanted with
 
 Jason H. Wilson,
 
 to build a house on the land of
 
 Wilson,
 
 for a certain sum of
 
 money;
 
 that when he had nearly completed the work, he sold the house to the Defendant for the same sum, deducting therefrom, the value of the work remaining to be done. To this contract, it does not appear that the assent of
 
 Wilson,
 
 was given. The Plaintiff’s demand then, is founded on a promise made by the Defendant, to pay a sum of money, for pro
 
 *82
 
 perty to which the Plaintiff had no right, and of which, of course, he could not dispose.
 

 But it further appears, that the Defendant is the brother-in-law of Wilson, and that Wilson, after the ágreement between the Plaintiff and Defendant, sold the house to
 
 John Carson,
 
 the Defendant’s brother; it further appears, that part of the chimney was built to the house, by the Defendant, who rented it out for
 
 John Carson,
 
 but whether it was built before
 
 John Carson
 
 purchased it
 
 09
 
 afterwards, does not appear.
 

 It is very
 
 probable
 
 from these circumstances, that the matter was well understood by the brotherhood, and that the Defendant’s agency in purchasing the house, was approved of by.
 
 Wilson,
 
 and that they acted in the transaction with one mind, but that they did so, has not been made to appear. It may have been otherwise, but it is too much to guess at. I therefore think that the Defendant’s promise was made without consideration, and that the judgment ought to be arrested.
 

 Judgment arrested.